**Order issued February 22, 2018**



**In The**

# Court of Appeals

**For The**

# First District of Texas

---

### NO. 01-17-00203-CV

---

### TERRI PORTER-GARCIA, Appellant

### V.

### THE TRAVIS LAW FIRM, P.C., Appellee

---

**On Appeal from 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-04314**

---

## MEMORANDUM ORDER

Both parties waived any objection to mediation in this case. On February 6, 2018, this Court ordered all parties, or their representative with full settlement authority, to attend the mediation. Under this order, either a party or a qualified representative may attend. But one of the two must attend, in person. Thus, if a party cannot attend the mediation in person, the party may send a representative

with full settlement authority. The parties may also consult with the agreed-upon mediator regarding remote access capabilities, and we have no objection—if the mediator permits—to a party also participating remotely.

We grant in part and deny in part Appellant's Opposed Motion for Order Compelling In-Person Attendance at Mediation.

It is so ORDERED.


Justice's signature: */s/ Jennifer Caughey*
                                Acting for the Court

Panel consists of:   Justices Jennings, Massengale, and Caughey

Date:                        February 22, 2018